JODI SIEGNER, Bar No. 102884
Email Address: jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>            Plaintiffs,<br><br>v.<br><br>NO SUNG PAK, individually and doing business as PAK'S CABINET, etc., et al.,<br><br>            Defendants. | CASE NO. CV13-07300-GAF (MANx)<br><br>STATUS REPORT RE CHAPTER 11 BANKRUPTCY PROCEEDINGS OF DEFENDANT NO SUNG PAK, individually and doing business as PAK'S CABINET, a sole ownership, etc., et al.<br><br>Complaint Filed: February 4, 2013<br><br>Before the Honorable Gary A. Feess |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

      Pursuant to the Court's order, Plaintiffs hereby submit their status update for the court concerning the Chapter 7 bankruptcy proceeding of Defendant NO SUNG PAK, individually and doing business as PAK'S CABINET, a sole ownership also known as PAK'S CABINETS ("PAK").

      PAK's bankruptcy case has not yet been closed . Both debtors (No Sung Pak fdba Pak's Cabinets, and Jung Ja Pak) were discharged on December 8, 2014. A true and correct copy of the Discharge of Debtor is attached hereto as Exhibit "1".

1  A Trustee's Report of No Distribution was filed by the Chapter 7 Trustee on
2  November 11, 2014. An adversary complaint was filed by the People of the State of
3  California against both debtors on November 1, 2014 and remains open.

Dated: December 22, 2014

DeCARLO & SHANLEY,
a Professional Corporation

By: /s/ Jodi Siegner
JODI SIEGNER
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR THE
CARPENTERS SOUTHWEST TRUSTS

## PROOF OF SERVICE
### (USDC Case No. CV 13-07300 GAF(MANx))
### (Carpenters v. No Sung Pak, dba Pak's Cabinet, etc.,)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On December 22, 2014, I electronically filed the following document: **STATUS REPORT RE CHAPTER 11 BANKRUPTCY PROCEEDINGS OF DEFENDANT NO SUNG PAK, individually and doing business as PAK'S CABINET, a sole ownership, etc.** Notice of this filing was sent to the interested parties below and to all registered parties in the action by operation of the Court's electronic filing system. Parties can access this filing through the Court's system.

**on Attorney for Defendants as follows:**

Mark Allen Feldman, Esq.
Email address:  mfeldman@feldmanandassoc.com, ygoethe@feldmanandassoc.com, cbitoon@feldmanandassoc.com,ekromke@feldmanandassoc.com

**Executed on December 22, 2014, at Los Angeles, California.**

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco